Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were sustained to that extent.

**No. 46688.**—Protest 71627–K of Wm. T. Jones & Co. (Philadelphia).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protest was sustained to that extent.

**No. 46689.**—Protests 974392–G, etc., of F. W. Myers & Co., Inc. (Ogdensburg).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were sustained to that extent.

**No. 46690.**—Protests 974724–G, etc., of C. S. Emery & Co. (St. Albans).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were sustained to that extent.

**No. 46691.**—Protests 980103–G, etc., of F. W. Myers & Co., Inc. (Ogdensburg).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were sustained to that extent.

**No. 46692.**—Protests 984810–G, etc., of F. W. Myers & Co., Inc. (Ogdensburg).